### Wimberly v. Schultz.

(Decided April 26, 1918.)

## Appeal from Graves Circuit Court.

Appeal and Error—Amount in Controversy—Jurisdiction—Dismissal.—The amount in controversy not being sufficient to authorize an appeal, the motion for an appeal is denied.

W. J. WEBB for appellant.

F. B. MARTIN for appellee.

OPINION OF THE COURT BY JUDGE HURT—Denying appeal.

This action being one for the recovery of money and the enforcement of a lien upon personal property, and the value in controversy being less than the sum of two hundred dollars, this court does not have and is not authorized to take jurisdiction of an appeal from the judgment of the circuit court, and the motion for an appeal from the judgment must, therefore, be denied. Section 950, Kentucky Statutes.